UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALLISON LONG,

   Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

   Defendant.

Civil Action No. 10-cv-690

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Allison Long, hereby voluntarily dismisses this action against Defendant Cavalry Portfolio Services, LLC, with prejudice.

DATED:  November  , 2010

_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884